**Otis AUSTIN, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 13853.**

United States Court of Appeals
District of Columbia Circuit.

Argued June 26, 1957.

Decided July 3, 1957.

Mr. John Bodner, Jr., Washington, D. C. (appointed by this Court), for appellant.

Mr. Fred L. McIntyre, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll, Asst. U. S. Atty., were on the brief, for appellee.

Before PRETTYMAN, DANAHER and BURGER, Circuit Judges.

PER CURIAM.

Acquitted on the first count of an indictment charging assault with a dangerous weapon, appellant was convicted on a second count which charged him with carrying a dangerous weapon, that is, "a pistol, without a license" in violation of D.C. Code § 22–3204 (1951). We have carefully considered appellant's claims, diligently and earnestly urged by court-appointed counsel. We find no error.

Affirmed.

**Marcus SINGER, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 13299.**

United States Court of Appeals
District of Columbia Circuit.

June 28, 1957.

Before EDGERTON, Chief Judge, and PRETTYMAN and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

It appearing to the court that the opinion of the Supreme Court in Watkins v. United States, 77 S.Ct. 1173, requires reversal of the judgment heretofore entered herein,

It is ordered by the court that the judgment, 244 F.2d 349, heretofore entered in this case be, and it is, vacated; that the judgment of the District Court, 139 F.Supp. 847, be, and it is, reversed, and that this case be and it is hereby remanded to the District Court with instructions to enter a judgment of acquittal.